JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>Plaintiff,<br><br>v.<br><br>**110 Sunshine Smoothies, Inc.**, a California Corporation,<br><br>Defendant. | Case 2:21-cv-01472-JFW-PDx<br><br>**Judgment**<br>(re: Default Judgment) |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor and against defendant 110 Sunshine Smoothies, Inc. in the total amount of $6,880.00, which amount includes attorney's fees and costs.

Additionally, defendant 110 Sunshine Smoothies, Inc. is ordered to provide wheelchair accessible dining surfaces at the DRNK Coffee + Tea located at 1528 N Vermont, Hollywood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: July 27, 2021            By: _/s/ John F. Walter_____
                                                    United States District Judge